UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                 CASE NO. 8:09-CR-141-T-33AEP

WILMER VIAMONTES
_____/

## JUDGMENT OF DEFAULT

This cause comes on for consideration of the United States' Motion for Judgment of Forfeiture of Bond (D-177).

On May 24, 2010, this Court, upon oral motion of the Government, entered an order declaring forfeiture of the following bond posted by or on behalf of the Defendant: a corporate surety appearance bond posted by Tania Ramirez and Rafael Vazquez of Best Bail Bonds, in the amount of $25,000. (D-170.) Forfeiture of the above-referenced bond has not been set aside. Upon consideration of the United States' Motion for Judgment of Default, and the Court being otherwise fully advised in the premises, it is hereby ORDERED that the motion is GRANTED.

WHEREFORE, judgment is hereby rendered in favor of the United States of America and against Tania Ramirez and Rafael Jose Vazquez of Best Bail Bonds in the amount of $25,000 for which let execution issue; and

WHEREFORE, judgment is hereby rendered in favor of the United States of America and jointly and severally against WILMER VIAMONTES in the amount of $25,000 for which let execution issue; and

WHEREFORE, interest shall accrue at the legal rate of .18% from the date of judgment until paid in full.

ADJUDGED and so ORDERED this 13th day of November, 2012, in Chambers, at Tampa, Florida.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

cc: Sheryl L. Loesch, Clerk, United States District Court